08cv4246
JUDGE MANNING
MAG. JUDGE COLE

*FILED*
JUL 25 2008
JUL 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _____Louise Davenport_____
(Please print)

STREET ADDRESS: _____

CITY/STATE/ZIP: _____Chicago, IL_____

PHONE NUMBER: _____N.A. Email: louport35@yahoo.com_____

CASE NUMBER: _____


_____Louise Davenport_____        _____7-25-08_____
        Signature                              Date