MHN

## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT OR ORDER OF A
## DISTRICT COURT

United States District Court for the
Northern District of Illinois

08cv4246

File Number  08-CV-4246

Louise Davenport,
Plaintiff

**Notice of Appeal**

v.

Michael Astrue, Commissioner,
ALJ Cynthia Bretthauer, ALJ Edwin Shinitzky,
Regional CALJ Paul C. Lillos, officially and Individually
Illinois Department of Disability Determination
Services as agent of SSA - Joan Fafoglia,
Thomas Bonner, Rose Angelo, Dr. Scot Kale,
Dr. E.C. Bone, Dr. Carlos F. Aquino, Individually
Appeals Council (unknown members) Officially and individually
Patrick P. O'Carroll Jr., Office of Inspector General,
Officially and Individually,
Defendants

FILED
AUG 29 2008  TC
8-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    Notice is hereby given that Louise Davenport, plaintiff, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order dismissing plaintiff's complaint, sua sponte, for failure to state a claim on which relief can be granted, and striking her motion to proceed Informa Pauperis, entered in this action on the 31st day of July, 2008.

(s) *Louise Davenport*

Louise Davenport, Pro Se
Plaintiff-Appellant

Address:  Louise Davenport
General Delivery
433 W. Harrison St.
Chicago IL 60699