FILED
SEPTEMBER 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

**CEM**



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 3, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3244
>
> Caption:
> LOUISE DAVENPORT,
> Plaintiff - Appellee
> v.
>
> SOCIAL SECURITY ADMINISTRATION, et al.,
>  Defendants - Appellees

> District Court No: 1:08-cv-04246
> Court Reporter P. Mullen
> Clerk/Agency Rep Michael Dobbins
> District Judge Blanche Manning
>
> Date NOA filed in District Court: 08/29/2008

If you have any questions regarding this appeal, please call this office.

CC:

P. Mullen

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)